FILED
RICHARD W. NAGEL
CLERK OF COURT
4/5/23
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 3:23-cr-32 |
| Plaintiff, | JUDGE Thomas M. Rose |
| v. | **INFORMATION** |
| **EAGLE RENOVATIONS LLC,** | 18 U.S.C. § 1343 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

**[18 U.S.C. § 1343]**

From on or about October 19, 2020 through on or about November 4, 2020, in the Southern District of Ohio, Defendant Eagle Renovations LLC, having devised a scheme and artifice to defraud and for obtaining money by means of false and fraudulent pretenses, representations, and promises, transmitted wire communications in interstate commerce for the purpose of executing the scheme and artifice to defraud.

In violation of Title 18, United States Code, Section 1343.

KENNETH L. PARKER
UNITED STATES ATTORNEY

/s/ George Painter
GEORGE PAINTER (0097271)
Assistant United States Attorney